```
                                          FILED        LODGED
                                          RECEIVED     COPY

                                              MAY 2 1 2015

                                          CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

JOHN S. LEONARDO
United States Attorney
District of Arizona
LACY COOPER
Assistant U.S. Attorney
Arizona State Bar No. 024064
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: lacy.cooper@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Julie Christine Kuk,<br><br>             Defendant. | NO. CR-15-00614-PHX-GMS<br><br>**I N F O R M A T I O N**<br><br>VIO: 18 U.S.C. § 545<br>(Importing Merchandise Contrary to Law)<br>Count 1<br><br>21 U.S.C. § 846<br>(Conspiracy to Distribute a Controlled Substance Analogue)<br>Count 2<br><br>18 U.S.C. § 2<br>(Aid and Abet)<br>Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

On or about January 14, 2012, in the District of Arizona, the defendant, JULIE CHRISTINE KUK, aiding and abetting another, did fraudulently and knowingly import merchandise into the United States, to wit: 1-(5-fluoropentyl-1$H$-indol-3-yl)-(naphthalene-1-yl)methanone (commonly referred to as "AM-2201"), knowing that said merchandise was intended to be introduced into the commerce of the United States by means of a fraudulent declaration, in violation of Title 18, United States Code, Section 542.

All in violation of Title 18, United States Code, Sections 545 and 2.

### Count 2

Beginning in March of 2011 and continuing until September of 2012, in the District of Arizona and elsewhere, the defendant, JULIE CHRISTINE KUK, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to distribute 1-(5-fluoropentyl-1*H*-indol-3-yl)-(naphthalene-1-yl)methanone (commonly referred to as "AM-2201"), a Schedule 1 controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 18, United States Code, Section 846.

Dated this 2nd day of April, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Lacy Cooper*
LACY COOPER
Assistant U.S. Attorney